No. 95–7133. GRISHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7135. DENIS-LAMARCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7138. ROGERS v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 95–7141. AUSTIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–581. SEATTLE LAKE SHORE & EASTERN RAILROAD, INC. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir. Motion of petitioner to strike brief in opposition of City of Seattle et al. denied. Certiorari denied.

No. 95–595. HILLER SYSTEMS, INC., ET AL. v. SERVIS, ADMINISTRATRIX OF THE ESTATE OF HUMPHREY, ET AL. C. A. 4th Cir. Motion of Michael G. Miller and Sadie R. Richardson for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 95–601. LOWSLEY-WILLIAMS & COS. ET AL. v. RAYTHEON Co. Ct. App. Cal., 1st App. Dist. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–768. CLARK ET AL. v. BRIEN, REPRESENTATIVE OF UNDERWRITERS AT LLOYD'S LONDON. C. A. 10th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–743. PALERMO ET AL. v. WOODS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–757. HARRIS v. AT&T COMMUNICATIONS, INC., FKA AT&T INFORMATION SYSTEMS. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.